Court of Appeals for the Third Circuit denied. *Mr. George W. C. McCarter* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Clark,* and *Miss Helen R. Carloss* and *Mr. Lee A. Jackson* for respondent.

No. 154. EXHIBIT SUPPLY CO. *v.* ACE PATENTS CORP.;
No. 155. GENCO, INC. *v.* ACE PATENTS CORP.; and
No. 156. CHICAGO COIN MACHINE CO. *v.* ACE PATENTS CORP. October 13, 1941. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Clarence E. Threedy* and *John H. Sutherland* for petitioners. *Mr. Casper W. Ooms* for respondent. Reported below: 119 F. 2d 349.

No. 157. VINCE *v.* GREAT NORTHERN LIFE INSURANCE Co. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Arthur J. Abbott* for petitioner. *Mr. Albert F. Beasley* for respondent.

No. 162. PHILLIPS PETROLEUM CO. *v.* GREEN, CHAIRMAN OF THE IOWA STATE BOARD OF ASSESSMENT & REVIEW, ET AL. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. H. D. Emery* and *Rayburn L. Foster* for petitioner.

No. 163. OBERGFELL ET AL. *v.* GREEN ET AL. October 13, 1941. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Messrs. Martin F. O'Donoghue* and *William J. Hughes, Jr.* for petitioners. *Mr. Joseph A. Padway* for respondents.